UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

B.A. CONSTRUCTION & MANAGEMENT,
INC., a Michigan corporation and B.A. REAL
ESTATE, L.L.C., a Michigan limited liability
company,

       Plaintiffs/Counter-Defendants,

-vs-

CASE NO. 04-73910

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

KNIGHT ENTERPRISES, INC.,
a Michigan corporation,

       Defendant/Counter-Plaintiff,

and

KNIGHT ENTERPRISES, INC.,
a Michigan corporation,

       Third Party Plaintiff,

-vs-

BELAL ABDALLAH, an individual, LOUBNA
ABDALLAH, an individual, NABIL BERRY,
an individual, and HALA BERRY, an individual,

       Third Party Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART: (1) DEFENDANT AND THIRD PARTY PLAINTIFF KNIGHT ENTERPRISES, INC.'S MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY, EXPERT REPORTS, AND CERTAIN FINANCIAL DATA (DOCK. NO. 78); AND (2) PLAINTIFFS AND THIRD PARTY DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE FROM TRIAL (DOCK. NO. 76)**

Now before the Court is: (1) Defendant and Third Party Plaintiff Knight Enterprises,

1

Inc.'s Motion *in Limine* to Exclude Expert Testimony, Expert Reports, and Certain Financial Data; and (2) Plaintiffs and Third Party Defendants' Motion *in Limine* to Exclude Evidence from Trial.

For the reasons stated on the record, the Court GRANTS IN PART and DENIES IN PART: (1) Defendant and Third Party Plaintiff Knight Enterprises, Inc.'s Motion *in Limine* to Exclude Expert Testimony, Expert Reports, and Certain Financial Data; and (2) Plaintiffs and Third Party Defendants' Motion *in Limine* to Exclude Evidence from Trial.

**SO ORDERED**.

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: November 27, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 27, 2006.

                s/Denise Goodine
                Case Manager

2